# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN POLLO FRANCHISING INC., <br><br> Plaintiff, <br><br> v. <br><br> B & K POLLO ENTERPRISES, INC., ARTEMIO BRACAMONTES, and RICHARD P. KING, <br><br> Defendants. | Case No. EDCV 13-2010 JGB (SPx) <br><br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants B & K Pollo Enterprises, Inc., Artemio Bracamontes, and Richard P. King ("Defendants") against Plaintiff Juan Pollo Franchising Inc. Plaintiff Juan Pollo Franchising Inc. shall recover nothing from Defendants.

   The Clerk is directed to close the case.

Dated: August 6, 2015

                                   _____
                                   THE HONORABLE JESUS G. BERNAL
                                   United States District Judge